FLD*120713PM0303USBCSDF-WPB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

ELIZABETH T. STAGER          CASE NO: 11-10064-JKO
                             CHAPTER 13
    Debtor
_____/

IN RE:

TIFFANIE HAMM                CASE NO: 11-13712-JKO
                             CHAPTER 7
    Debtor
_____/

IN RE:

AMIR NASEER                  CASE NO: 11-23100-JKO
                             CHAPTER 13
    Debtor
_____/

IN RE:

GARRY ISABELLE               CASE NO: 11-23409-JKO
                             CHAPTER 13
    Debtor
_____/

IN RE:

NESTOR RUBIO                 CASE NO: 11-25366-JKO
                             CHAPTER 13
    Debtor
_____/

IN RE:

JEFFREY FYE                  CASE NO: 11-35898-JKO
                             CHAPTER 7
    Debtor
_____/

<u>REPLY RE: ORDERS TO SHOW CAUSE 11-23409 [DE 66], et al.</u>

COMES NOW, Johnny Kincaide, Esq., the undersigned, and files this Reply in reference to the Orders to Show Cause entered in the above cases.

1. On April 27, 2012, the Court entered an order sanctioning the undersigned.

2. Among the prescribed sanctions was a requirement to disgorge fees earned in the above cases and to file detailed certifications of compliance in each of the cases within 28 days of the date of the order.

3. The undersigned is a debtor in an active Chapter 7 case. Since April 27, 2012, the undersigned has not possessed and does not currently possess the financial ability to comply with the financial sanction imposed.

4. The current fee status is as follows: Fye - $0 fees earned; Hamm - $1701 of $1701 in fees previously disgorged; Stager – no fees disgorged; Naseer – no fees disgorged; Rubio – no fees disgorged; Isabelle - $750 in fees to be paid through plan disgorged. With the exception of Hamm, these amounts do not reflect previous financial sanctions paid by the undersigned as contributions.

I HEREBY CERTIFY that a true and correct copy of the foregoing was was furnished to all parties of record via the preferred method of service on this 9th day of July 2012.

JOHNNY KINCAIDE ESQ.
217 N. SEACREST BLVD., #1540
BOYNTON BEACH, FL 33425

Johnny Kincaide, Esq.
Florida Bar No.: 155802